U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 0 2005

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DIRECTV, INC.                                    CIVIL ACTION NO. 03-1712

VERSUS                                           JUDGE S. MAURICE HICKS, JR.

DAVID KIRKHAM                                    MAGISTRATE JUDGE HORNSBY

## JUDGMENT

This matter is before the Court on Plaintiff's Amended Motion for Default Judgment [Doc. No. 44] against Wayne Britton pursuant to Rule 55 of the Federal Rules of Civil Procedure. Having thoroughly reviewed the record, including the affidavits, evidence and the supporting memorandum filed therein, the Court finds that Plaintiff is entitled to a judgment of default against Wayne Britton.

Therefore:

**IT IS ORDERED** that Plaintiff's Amended Motion for Default Judgment [Doc. No. 44] shall be **GRANTED in part** and **DENIED in part;**

**IT IS FURTHER ORDERED** that Plaintiff shall be **GRANTED** default judgment on the claims pursuant to 47 U.S.C. § 605(a) and 18 U.S.C. § 2511;

**IT IS FURTHER ORDERED** that Plaintiff's claims pursuant to 47 U.S.C. § 605(e)(4) shall be **DISMISSED;**

**IT IS FURTHER ORDERED** that Plaintiff DirecTV, Inc. shall be awarded $10,000.00 in statutory damages, in addition to post judgment interest, pursuant to 18 U.S.C. § 2520(c)(2)(B);

**IT IF FURTHER ORDERED** that Plaintiff shall be awarded attorneys' fees in the amount of $1,943.17 and costs in the amount of $187.80.

Shreveport, Louisiana, this _10th_ day of November, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE